IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CLARENCE T FOX, JR,

    Petitioner,

v.	CASE NO. 1:05-cv-00008-MP-AK

UNITED STATES OF AMERICA,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 9, Report and Recommendations of the Magistrate Judge, recommending that this action be summarily dismissed with prejudice as a successive 2255 motion. In a motion styled "Petition for Independent Action" Mr. Fox seeks to challenge various aspects of his indictment and conviction. Such a challenge must be brought via § 2255, but Mr. Fox has already brought at least six such challenges. Petitioner does not offer any argument in his objections refuting the Magistrate Judge's assessment. Accordingly, the undersigned agrees with the Magistrate Judge that this case should be dismissed with prejudice. It is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    This action is DISMISSED, and the clerk is directed to close the file.

    **DONE AND ORDERED** this   *4th* day of January, 2006

                             *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge